**BRUNE & RICHARD** LLP

Tel  212 668 1900
Fax  212 668 0315

One Battery Park Plaza
New York, NY 10004

www.bruneandrichard.com

February 28, 2014

**BY ECF AND HAND DELIVERY**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:   *Oei Hong Leong v. The Goldman Sachs Group, Inc*., No. 13 Civ. 8655 (S.D.N.Y.)

Dear Judge Furman:

On behalf of The Goldman Sachs Group, Inc. ("GS Group"), I enclose courtesy copies of the following documents:

| Dkt No. | Document |
|---|---|
| 18 | The Goldman Sachs Group Inc.'s Notice of Motion to Stay In Favor of Arbitration or, Alternatively, to Dismiss or Stay In Favor of a Foreign Proceeding |
| 19 | The Goldman Sachs Group, Inc.'s Memorandum of Law In Support of Its Motion to Stay In Favor of Arbitration or, Alternatively, to Stay or Dismiss In Favor of Foreign Proceedings |
| 20 | Declaration of Lee Ronald Suk Bae |
| 21 | Expert Declaration of David Joseph QC |
| 22 | Oei Hong Leong's Memorandum of Law In Opposition to Goldman Sachs Group, Inc.'s Motion to Stay In Favor of Arbitration or, Alternatively, to Stay or Dismiss In Favor of Foreign Proceedings |
| 22-1 | Declaration of Siraj Omar |
| 23 | Motion to Exclude Portions of the Declaration of Lee Ronald Suk Bae |
| 24 | Motion To Exclude Declaration of David Joseph QC |

111921

Hon. Jesse M. Furman
February 28, 2014
Page 2

| Dkt No. | Document |
|---|---|
| 26 | The Goldman Sachs Group, Inc.'s Reply Memorandum of Law In Further Support of Its Motion To Stay In Favor of Arbitration or, Alternatively, to Stay or Dismiss In Favor of Foreign Proceedings |
| 27 | The Goldman Sachs Group, Inc.'s Opposition to the Plaintiff's Motions to Strike the Declarations of David Joseph and Lee Ronald Suk Bae |

Under Rule 3.H of Your Honor's Individual Rules and Practices in Civil Cases, GS Group respectfully requests oral argument.

Respectfully,

Hillary Richard

cc: Peter J. McNulty
(counsel for plaintiff)

111921