

**MCNULTY LAW FIRM**

827 Moraga Drive
Los Angeles, CA 90049
310.471.2707 • 800.730.8888
Fax 310.472.7014

March 5, 2014

<u>**VIA ECF**</u>

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    <u>Oei Hong Leong v. The Goldman Sachs Group, Inc., No. 13 Civ. 8655 (S.D.N.Y.)</u>

Dear Judge Furman:

      With respect to The Goldman Sachs Group., Inc.'s pending Notice of Motion to Stay in Favor of Arbitration or, Alternatively, to Dismiss or Stay In Favor of a Foreign Proceeding and, pursuant to Rule 3.H of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff Oei Hong Leong respectfully requests oral argument on the matter.

                                                     Respectfully,

                                                     Peter J. McNulty

cc:      Hillary Richard, Esq.
          (Counsel for Defendant)