

**McNulty Law Firm**

827 Moraga Drive
Los Angeles, CA 90049
310.471.2707 • 800.730.8888
Fax 310.472.7014

May 21, 2014

<u>**VIA ECF**</u>

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re: <u>**Oei Hong Leong v. The Goldman Sachs Group, Inc., No. 13 Civ. 8655 (S.D.N.Y.)**</u>

Dear Judge Furman:

We write on behalf of Plaintiff, Oei Hong Leong and in response to Defendant, The Goldman Sachs Group, Inc.'s May 21, 2014 letter from its counsel, Brune & Richard.

In that letter, Goldman's counsel has correctly related that Plaintiff's case in Singapore has been dismissed. However, as there is no proceeding now pending or currently contemplated in London, there is no existing forum to transfer this case to nor is there a "substantively similar suit" pending in any other jurisdiction.

Respectfully submitted,

Peter J. McNulty

cc: Hillary Richard, Esq.
(counsel for Defendant)