March 23, 2016


**BY ECF**

Hon. Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

      **Re:**   *Oei Hong Leong v. The Goldman Sachs Group, Inc.*, **13-cv-08655-JMF**

Dear Judge Furman:

      Pursuant to Local Rule 1.4, I respectfully seek to withdraw my appearance as counsel of record for Defendant The Goldman Sachs Group, Inc. ("Goldman Sachs").  The law firm of Brune & Richard LLP has dissolved and is no longer in operation.

      On March 1, 2016, Charles Evan Stewart and Lawrence Thomas Gresser of the law firms Zuckerman Spaeder LLP and Cohen & Gresser LLP filed Notices of Appearance on behalf of Goldman Sachs (Dkt. 44, 45).  Also on March 1, 2016, a Notice of Substitution of Counsel was filed by Goldman Sachs (Dkt. 46), and a Consent Order was entered by the Court on March 9, 2016 (Dkt. 48).  Due to an administrative oversight, I was not listed on the Notice of Substitution of Counsel as outgoing counsel.

      I thereby request to be terminated as counsel of record.


                Very truly yours,

                /s/ Hillary Richard_____

                Hillary Richard
                224 Clinton Street
                Brooklyn, NY 11201
                *hrichard@bruneandrichard.com*


So Ordered:


_____
Hon. Jesse M. Furman, U.S.D.J.